[No. 25762-9-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. RALPH G. HOWARD, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-1-00142-6, Kenneth D. Williams, J., entered March 17, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 25810-2-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CORY SCOTT BECKHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 99-1-00019-1, Joel M. Penoyar, J., entered April 3, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 26082-4-II.   Division Two.   September 14, 2001.]

MICHAEL C. JACKSON, *Appellant*, v. MARY ANN JACKSON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-01500-5, William J. Kamps, J., entered June 2, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Houghton, JJ.

[No. 26085-9-II.   Division Two.   September 14, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDITH P. KASTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-01500-5, William J. Kamps, J., entered June 2, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.